IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jeffery A. Woods, :

    Plaintiff, :

v. : Case No. 2:07-cv-1192

: JUDGE SARGUS

Algenon Marbley, et al.,
:
    Defendants.

## ORDER

Plaintiff has not paid the required filing fee for this case, although the Court directed him to do so within thirty days of its March 13, 2009 order. This action is therefore DISMISSED for failure to prosecute.

Date: 5-1-2009

Edmund A. Sargus, Jr.
United States District Judge