AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFFERY A. WOODS,**

        Plaintiff,

        **JUDGMENT IN A CIVIL CASE**

vs.

        **CASE NO. C2-07-1192**

**ALGENON MARBLEY, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed May 1, 2009, JUDGMENT is hereby entered DISMISSING this case for failure to prosecute.**

Date: May 1, 2009         JAMES BONINI, CLERK

        /S/ Andy F. Quisumbing
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk